Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 08 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

DonTAG Uranious Carr

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Yellow Corporation

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 1:23-CV-5623
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: DonTAG Uranious Carr
Street Address: 270 Cobb Parkway SE 140-138
City and County: Marietta, Georgia / Cobb County
State and Zip Code: 30060
Telephone Number: 404-345-1859
E-mail Address: dontayc@gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name: Yellow Corporation
    Job or Title *(if known)*:
    Street Address: 1892 Airport Park Industrial Drive
    City and County: Marietta, Cobb County
    State and Zip Code: Georgia 30060
    Telephone Number: N/A
    E-mail Address *(if known)*: N/A

Defendant No. 2
    Name:
    Job or Title *(if known)*:
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address *(if known)*:

Defendant No. 3
    Name:
    Job or Title *(if known)*:
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address *(if known)*:

Defendant No. 4
    Name:
    Job or Title *(if known)*:
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address *(if known)*:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Falsification/Fraud of employment Documents

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   N/A

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

[handwritten: N/A across these fields]

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

[handwritten: Please Read Attachments Exhibits 1-17]

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/8/2023

Signature of Plaintiff: Dontay Uranius Carr

Printed Name of Plaintiff: DONTAG Uranias Carr

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address



## YELLOW CORPORATION/FALSIFICATION OF EMPLOYMENT DOCUMENTS

THIS IS PLAINTIFF DONTAG URANIOUS CARR CONTACTING U.S.DISTRICT COURT NORTHERN GEORGIA KEVIN P.WEILMER U.S.DISTRICT COURT CLERK;U.S.FEDERAL JURORS/RICHARD B.RUSSELL FEDERAL BUILDING 75 TED TURNER DRIVE ATLANTA,GEORGIA:IT IS ORDAINED AS THE SCALES OF JUSTICE MUST BE JUSTIFIED OF INNOCENCE OR GUILTY;THERFOR TO FILE AN FEDERAL CIVIL LAWSUIT AGAINST YELLOW CORPORATION for FALSIFICATION OF EMPLOYMENT DOCUMENTS,/victim specific relief in the amount of $300,000.00 USD.THE CIVIL STATUE OF LIMITATIONS 2 YEAR EXPIRATION DOES NOT EXCEED THE U.S.DISTRICT COURT CODE. I WAS HIRED BY YELLOW CORPORATION 1/24/2022-2/3/2022 under the YELLOW CORPORATION LTL BRAND YRC FREIGHT/YELLOW COMPANY as an dock worker; there has been a falsification of documents during my hire with YELLOW CORPORATION as an dock worker for YELLOW COMPANY YRC FREIGHT;that which YRC FREIGHT when I was hired with YELLOW CORPORATION was an LTL BRAND OF YELLOW CORPORATION COMPANIES.However YRC FREIGHT LTL BRAND of YELLOW CORPORATION used an past company documents from YRC INCORPORATION/YRC WORLDWIDE INCORPORATION during my orientation for starting work.The documents are FALSIFICATION DOCUMENTS OF YRC INCORPORATION/YRC WORLDWIDE INCORPORATION SOLEY BECAUSE YELLOW CORPORATION IS THE HOLDING CORPORATION OF YRC FREIGHT LTL BRAND WHICH I WAS HIRED BY YELLOW CORPORATION NOT YRC INCORPORATION/YRC WORLDWIDE INCORPORATION;that which none of the employment documents were notorized by YELLOW CORPORATION AUTHORIZED COMPANY REPRESENTATIVES(an identity-based anti-fraud measure performed by a government or authorized person)either.I WAS NOT EMPLOYED BY YRC FREIGHT SUBSIDIARY WHEN YRC WORLDWIDE INCORPORATION WAS THE HOLDING PARENT COMPANY of YRC FREIGHT(a holding company is a parent usually a. corporation or LLC-that is created to buy and control the owernersbip interests of other companies.The companies that are owed by YELLOW CORPORATION such as YRC FREIGHT,HOLLAND,NEW PENN,HNRY LOGISTICS,and ROADWAY are PRESENTLY owned and controlled by YELLOW CORPORATION as YELLOW COMPANIES;no longer subsidiaries of YRC WORLDWIDE INCORPORATION nor it's policies;this is the main reason why I'am filing a FEDERAL CIVIL LAWSUIT BECAUSE THE EMPLOYMENT DOCUMENTS ARE NOT REVISED FOR YELLOW CORPORATION COMPANIES FOR EMPLOYEES OR NEW HIRES AND THE SENIORITY,ARBITRATION POLICIES ARE NOT AUTHORIZED BY YELLOW CORPORATION FOR YELLOW COMPANIES EMPLOYESS).IT IS VERY IMPORTANT FOR THE U.S.DISTRICT COURT JURORS TO KEEP IN
VIEW OF THE DOCUMENTS THAT ARE ACTUALLY POLICIES FROM YRC INCORPORATION/YRC WORLDWIDE INCORPORATION and not the policies of YELLOW CORPORATION for YELLOW COMPANIES.YELLOW CORPORATION makes all the documents and policies for YELLOW COMPANIES.YELLOW CORPORATION IS THE HOLDING COMPANY for YELLOW COMPANIES:YRC FREIGHT,NEW PENN,HOLLAND,HNRY LOGISTICS,ROADWAY which all policies must be of YELLOW CORPORATION.A falsification of documents is whenever the documents give incorrect data,information,wrong holding corporation,and logos not for an legal employment for new hires in my case and any civil cases which is regulated by an FEDERAL OR STATE STATUETTE OF LAWS & RULES.The falsification of the documents falsifies my hire with YELLOW CORPORATION YRC FREIGHT LTL BRAND because by using documents from another HOLDING COMPANY such as the past YRC INCORPORATION/YRC WORLDWIDE INCORPORATION there cannot be any lawful employment regulations,rules,and FEDERAL /STATE LAWS of the HOLDING CORPORATION whom I was hired by YELLOW CORPORATION YELLOW COMPANIES.There are 6 main documents that are key evidence actual burden of proofs of FALSIFICTION DOCUMENTS that I have provided as exhibits for the U.S.FEDERAL JURORS to examine for themselves:1)YELLOW CORPORATION LOGO DOCUMENT,2)YRC WORLDWIDEI INCORPORATION LOGO DOCUMENT,3)YRC FREIGHT SUBSIDIARY SENIORITY AGREEMENT under YRC WORLDWIDE INCORPORATION DOCUMENT,4)YRC FREIGHT TERMINATION DOCUMENT under YRC WORLDWIDE INCORPORATION DOCUMENT,5)YRC FREIGHT BLANK DOCUMENT under YRC WORLDWIDE INCORPORATION,6)YRC FREIGHT LEGAL DISCLAIMER under YELLOW CORPORATION which is to be used as another cross examination for reference points.I have filed the first exhibition documents that are not classified as falsification but the original logos of each HOLDING CORPORATION/INCORPORATION to allow the U.S.FEDERAL JURORS to use as the main reference keys to detect the

falsification of documents:that means I have filed the YELLOW LOGO and YRC WORLDWIDE LOGOS for the U.S.FEDERAL JURORS to observe the falsification of documents;THIS IS SOLEY TO OBSERVE THE SUBSTANTIVE EVIDENCE SUPPORTED BY THE FALSIFICATION OF THE DOCUMENTS.THE FIRST TWO EXHIBITS YELLOW CORPORATION LOGO AND YRC WORLDWIDE INCORPORATION LOGO ARE TO BE USE FOR CROSS EXAMINATION THUS ALLOWING THE U.S.FEDERAL JURORS TO REFERENCE BACK TO THE THREE FALSIFICATION DOCUMENTS AND THE ARBITRATION POLICY THAT IS NOT FROM YELLOW CORPORATION YELLOW COMPANIES(there was no YELLOW CORPORATION YELLOW COMPANY ARBITRATION DOCUMENT SIGNED BY ME)The falsification of documents was used as an hire by YRC FREIGHT under YRC WORLDWIDE INCORPORATION/YRC INCORPORSTION in which YELLOW CORPORATION IS THEE ONLY HOLDING AUTHORITY not YRC WORLDWIDE INCORPORATION/YRC INCORPORATION.The employment was unlawful and was not regulated by YELLOW CORPORATION.In fact all the documents signed by me on ORIENTATION DAY JANUARY 24,2022 were all from YRC WORLDWIDE INCORPORATION/YRC INCORPORATION with YRC FREIGHT as it's subsidiary.I did not sign the YELLOW CORPORATION ARBITRATION POLICY with YRC FREIGHT as a YELLOW COMPANY LTL BRAND.I GIVE A FAIR WARNING TO YELLOW CORPORATION THAT ANY DOCUMENTS I OBSERVE IN U.S.DISTRICT COURT NORTHERN GEORGIA ATLANTA DIVISION WITH MY NAME ON ANY OF WITHOUT MY SIGNATURE,I WILL ALSO FILE ANOTHER FEDERAL OFFENSE CHARGE FOR "forgery";PLEASE ALLOW ME TO MAKE THAT CLEAR & THAT YELLOW CORPORATION WILL NOT ARBITRATE ANOTHER COMPANY POLICIES THAT IS NOT A YELLOW COMPANY FROM IT'S CORPORATION.I did not receive any copies of arbitration policy or attendance policy mailed to me when I was hired by YELLOW CORPORATION after I was terminated .YELLOW CORPORATION did not share any HOLDING AUTHORITY with YRC WORLDWIDE INCORPORATION nor allowed any LTL BRANDS YRC FREIGHT a YELLOW COMPANY to make any arbitration policies other than authorized from YELLOW CORPORATION DOCUMENTS HOLDING AUTHORITY LEGALLY.I WILL BEGIN NOW THE CROSS EXAMINATIONS OF EACH EXHIBIT DOCUMENTS. I HAVE SENT THE FALSIFICATION DISPUTE FEDERAL CIVIL LAWSUIT TO THE WASHINGTON D.C TEAMSTER UNION HEADQUARTERS;MU COMPLIANCE BASED ON THE CLOSINGS OF YELLOW OPERATING COMPANIES-(that means TEAMSTER UNION PRESIDENT WASHINGTON D.C.HEADQUARTERS cannot legalize any falsification documents of any YELLOW CORPORATION COMPANIES & all legal documents are only from YELLOW CORPORATION fo rYELLOW COMPANIES;;that without written or notorization from YELLOW CORPORATION for YELLOW COMPANIES is illegal or invalid.It's also because many of the subsidiary policies from the past holding YRC FREIGHT WORLDWIDE INCORPORATION was not adopted by YELLOW CORPORATION HOLDING AUTHORITY for YELLOW COMPANIES that were used by YRC FREIGHT WORLDWIDE INCORPORATION,which is exactly what makes the documents a FALSIFICATION.).Despite the YELLOW CORPORATION shutdowns presently of YELLOW.L COMPANIES.PLEASE BE MINDFUL OF THE ACTUAL FEDERAL OFFENSES THAT WERE COMMITTED WHILE YELLOW CORPORATION COMPANIES WERE IN FULL OPERATION AND UNDERSTAND THE NEGLIGENCE OF THE MISMANAGEMENT THAT LEAD TO THE BANKRUPTCY CLOSINGS OF YELLOW CORPORATION COMPANIES.I WORKED AT YELLOW CORPORATION YRC FREIGHT YELLOW COMPANY WHILE THE MISMANAGEMENT WAS VICTIMIZING DOZENS OF THEIR EMPLOYEES(that means the operation manager was using YRC WORLDWIDE INCORPORATION POLICIES instead of YELLOW CORPORATION POLICIES FOR YELLOW COMPANIES as I was a victim of the falsified employment which cannot be arbitrated for YRC WORLDWIDE INCORPORATION POLICIES for YELLOW COMPANIES).THE U.S.DISTICT COURT FEDERAL JURORS WILL WITNESS THESE FALSIFICATION DOCUMENTS SIGNED BY THE OPERATION MANAGER AS CLEAR PROOF OF THE MISMANAGEMENT AT THE MARIETTA,GEORGIA YELLOW CORPORATION YRC FREIGHT TERMINAL/YELLOW COMPANY.The first EXHIBIT DOCUMENT is the YELLOW TRADEMARK that was made the officiall login for YELLOW COMPANIES effective FEBUARY 8th.2021.The past NASDAQ YRCW LOGIN was changed to the YELLOW LOGIN FOR YELLOW COMPANIES.The second EXHIBIT DOCUMENT is the YRCW/YRC FREIGHT WORLDWIDE LOGIN which was an incorporation with subsidiaries eac with their own economic trading policies under the NASDAQ.My opinion as to one of the very main reasons YELLOW could not pull out the bankruptcy filings since it took over those subsidiaries.The significance of the YRC FREIGHT WORLDWIDE INCORPORATION LOGIN is it is located on the documents during the time of my employment when those susbsidiaries were all YELLOW COMPANIES FOR YELLOW CORPORATION HOLDING AUTHORITY, one of the documents displayed any YELLOW LGIN as well.The third EXHIBIT DOCUMENT is the YRC WORLDWIDE FREIGHT INCORPORATION SENIORITY AGREEMENT for YRC FREIGHT SUBSIDIARY.The document clearly states an 30 day probationary period and seniority agreement at YRC FREIGHT WORLDWIDE INCORPORATION for YRC FREIGHT as one of it's subsidiaries.I did not work for none of these companies nor was employed by YRC FREIGHT when it was a subsidiary under YRC FREIGHT WORLDWIDE INCOPORATION,that the falsifation is because YRC FREIGHT WORLDWIDE INCORPORATION was no longer the HOLDING AUTHORITY making the 30 day probationary period an fraudulent inducement and the seniority agreement a false pretense under the regulations for YELLOW CORPORATION YELLOW COMPANIES.YELLOW CORPORATION WAS THE ONLY HOLDING AUTHORITY THAT I WAS HIRED BY NOT YRC FREIGHT WORLDWIDE INCORPORATION.WHEN YELLOW CORPORATION RESPONDS TO MY SUMMONS MY MOTION WILL THEN BE "falsification of arbitration"-that means no arbitration policies not under the holding authority to which companies are not from that corporation the policies are invalid and to use those policies Is a FEDERAL OFFENSE IN LEGAL TERMINOLOGY CALLED "falsification or a fraud".I WAS NOT AWARE OF THE OFFENSE COMMITTED AGAINST ME WHEN

I WAS HIRED BY YELLOW CORPORATION FOR YELLOW COMPANIES/YRC FREIGHT NOT BY YRC FREIGHT WORLDWIDE INCORPORATION.The U.S.FEDERAL JURORS please examine the OPERATION MANGERS NAME ON THE DOCUMENT as to an mismanagement to hire a new applicant under an falsified document because it is a fact the OPERATION MANAGER knew it was illegal.The fourth EXHIBIT DOCUMENT is the termination document with the OPERATION MANAGER signature using the YRC FREIGHT WORLDWIDE INCORPORATION LOGO as well.These exhibit documents are all invalid and illegal to use for any hires or terminations.The 5TH.EXHIBIT is an blank termination document with the YRC FREIGHT WORLDWIDE LOGO and no signatures meaning it is clear proof of a cover-up trying to hide the mismanagement on the firet termination document.It is sent back to me from the YRC FREIGHT SENIOR HUMAN RESOURCE MANAGER.Now it brings me to an 6TH.EXHIBIT OF THE WASHINGTON D.C.TEAMSTERS UNION PRESIDENT ANNOUNCEMENT OF YELLOW CORPORATION HAVING TO CLOSE IT'S OPERATIONAL COMPANIES for bankruptcy which as the TEAMSTER UNION PRESIDENT said that it was a sad day to see the YELLOW CORPORATION CLOSING as he felt that YELLOW CORPORATION could not oversee it's operations.Yes that is true and please make your fair views accordingly.My last EXHIBIT 7 is the LEGAL POLICY DISCLAIMER YELLOW CORPORATION POLICY FOR YRC FREIGHT YELLOW COMPANY.THE YELLOW DISCLAIMER POLICY IS FOR ALL YELLOW COMPANIES UNDER YELLOW CORPORATION HOLDING AUTHORITY.       A PAST CASE I FILED AGAINST YELLOW CORPORATION I HAD NEVER SEEN YELLOW CORPORATION YRC FREIGHT LTL BRAND ARBITRATION POLICY.I felt bad as realized even more deep inside my mind that those employment documents were never real either but I'am feeling better seeing the WASHINGTON  D.C.TEAMSTER UNION PRESIDENT CLOSING YELLOW CORPORATION OPERATING COMPANIES.The really bad thing that was done through out YRC REIGHT WORLDWIDE INCORPORATION  HISTORY WAS THE ATTACKS AGAINST THEIR EMPLOYEES AND BEING DISHONEST TO THE FEDERAL & STATE COURTS,U.S.DEPARTMENT OF LABOR,and THE U.S.EEOC.IT SIMPLY WAS A TOLERANCE LEVEL FOR THE TEAMSTERS UNION TO FINALIZE A RESOLUTION TO CEASE YELLOW. ORPORATION OPERATING COMPANIES.I worked 14 days at the MARIETTA YELLOW. CORPORATION YRC FREIGHT LTL BRAND YELLOW COMPANY and they were 1 year behind in city bills and route bills that was serval hundreds thousands of transportation dollars down the drain because YELLOW CORPORATION was paying for the truck drivers gas mileages but there was no deliveres finance the debts and I seen it myself because I always grabbed as many bills I could unload 3 trailers when I first started!!!!.I ALREADY KNOW THAT YELLOW. CORPORATION IS RE-OPENING NEXT YEAR 2025 without subsidiaries anymore.That's because YELLOW COMPANIES CONTINUED TO DO WHAT THE WANTED TO DO. IOLATION OF YELLOW POLICIES ESPECIALLY USING YRC FREIGHT WORLDWIDE POLICIES WHEN THOSE SUBSIDIARIES WERE YELLOW. COMPANIES LTL BRANDS.I REALLY. ONSIDER MYSELF STILL A FRIEND TO TEAMSTERS UNION AS I WORKED AMAZON AND UPS WITH VERY GOOD TEAMSTERS UNION EMPLOYEE MEMBERS SO YELLOW CORPORATION IT WAS ONLY FOR THE BETTER TO. CLOSE IT'S OPERATING COMPANIES!!!!!,SINCEIRLY PLANTIFF DONTAG URANIOUS CARR!!!!!!!.

 Worldvectorlogo



**Yellow Corporation Vector Logo - Download Free SVG...**

Visit >

Images may be subject to copyright. **Learn More**

Share   Save

EXHIBIT Doc. 1

| U.S. | CAN. | LIVE CHAT IS NOT AVAILABLE | | ? | LOGIN |

**Attention Union Employees   Learn More » (https://yrc.com/unionemployees/)**

**Attention Non-Union Employees –   Learn More » (https://yrc.com/employee-page/)**

**Service Alert: If you are a customer and have questions about a shipment   Learn More » (https://yrc.com/customer-faq/)**

HOME (HTTPS://YRC.COM) » LOGOS

# Logos

Terms of Use: The YRC Freight logo is a registered trademark of YRC Worldwide Inc., must appear with the appropriate register marks, and may not be altered in any manner. Without authorization, these images may be used only for editorial (public newspapers, news magazines, trade publications, and broadcast media) and educational purposes (teaching, scholarship and research). Under no circumstances can these images be used for any personal or commercial purpose, which would lead anyone to think YRC Worldwide endorsed, sponsored or was otherwise affiliated with an unauthorized user, its product, or service.

### To download on PC

Right-click the download link and select 'Download Link to Disk,' 'Save Target As,' or 'Save Link As' (the menu selection depends on your browser)

### To download on Macintosh

click and hold the mouse button down before selecting 'Download Link to Disk,' 'Save Target As,' or 'Save Link As' (the menu selection depends on your browser)



(/wp-content/uploads/sites/33/2014/06/yrcf_small.gif)



EXHIBIT Doc. 2

*Tuesday – Saturday*
*14:00 - 22:30*

# YRC FREIGHT

*This week*
*Wed - Sat*
*14:00 - 22:30*

1892 Airport Industrial Park Dr
Marietta, GA 30060

## SENIORITY AGREEMANT

January 24, 2022

Name: Dontay Carr                    EMP ID: <u>240763</u>

**You are hereby notified that <u>01/24/22</u>** marks the beginning of your thirty day probationary period with YRC Freight and is pursuant to the National Master Freight Agreement and the Southern Region Supplemental Agreement.

You shall be employed only on a thirty (30) day trial basis during which period you may be discharged without further recourse. Unless your application has been falsified, upon the successful completion of the thirty (30) day probationary period, <u>01/24/22</u> will be your company and terminal seniority date at YRC, Inc. waiving all claims to any prior seniority.

_____          1/24/22
Company Representative            Date

_____          1/24/22
Employee                          Date

_____          1/24/2022
Witness                           Date

Time Stamp_____

**EXHIBIT Doc. 3**



**1892 Airport Industrial Park Dr**
**Marietta, GA 30060**

February 3, 2022

Cert Mail #'s
Emp: 7020 2450 0001 3400 0431
Union: 7020 2450 0001 3400 0448

2.3.22

Dontay U. Carr
270 Cobb Pkwy S 140-#138
Marietta, GA 30060

By reason of your conduct as described below, it is necessary to issue this notice of **Termination.**

On *February 24, 2022,* you began your probationary period with YRC Freight, as outlined in Article 41 of the current labor agreement.

Pursuant to Article 41 you are hereby being terminated in conjunction with Article 41 which states in Part: *"A probationary employee, being considered for regular employment, shall work under the provisions of this Agreement, but shall be employed on a thirty (30) day trial basis, during which period he/she may be discharged without further recourse; provided, however, that the Employer may not discharge or discipline for the purpose of evading this Agreement or discriminate against Union members."*

Based on the above you are hereby discharge in accordance with Article 41 of the current labor agreement.

Please find enclosed all monies due or those monies will be provided in conjunction with the current labor agreement.

_Dontay U (ani) Carr 2.3.22_
Employee / Date

_Eric D Smith 2.3.22_
Union Representative / Date

_[signature] 2.3.22_
Company Representative / Date

EXHIBIT Doc. 4



**1892 Airport Industrial Park Dr**
**Marietta, GA 30060**

February 3, 2022

Cert Mail #'s
Emp: 7015 3010 0002 1314 9601
Union: 7014 0510 0001 5426 2624

Dontay U. Carr
270 Cobb Pkwy S 140-#138
Marietta, GA 30060

By reason of your conduct as described below, it is necessary to issue this notice of **Termination.**

On *January 24, 2022,* you began your probationary period with YRC Freight, as outlined in Article 41 of the current labor agreement.

Pursuant to Article 41 you are hereby being terminated in conjunction with Article 41 which states in Part: *"A probationary employee, being considered for regular employment, shall work under the provisions of this Agreement, but shall be employed on a thirty (30) day trial basis, during which period he/she may be discharged without further recourse; provided, however, that the Employer may not discharge or discipline for the purpose of evading this Agreement or discriminate against Union members."*

Based on the above you are hereby discharge in accordance with Article 41 of the current labor agreement.

Please find enclosed all monies due or those monies will be provided in conjunction with the current labor agreement.

_____
Employee / Date

_____
Union Representative / Date

_____
Company Representative / Date



EXHIBIT Doc. 5



CAMPAIGNS (HTTPS://TEAMSTER.ORG/CAMPAIGNS/)
UNION BENEFITS (/BENEFITS)
DIVISIONS & CONFERENCES (/DIVISIONS)
YOUR LOCAL (/LOCALS/)
NEWSROOM (HTTPS://TEAMSTER.ORG/NEWSROOM/)
NEWS (HTTPS://TEAMSTER.ORG/CATEGORY/NEWS/) | PRESS RELEASES (HTTPS://TEAMSTER.ORG/CATEGORY/PRESS-RELEASES/)
HISTORY (HTTPS://TEAMSTER.ORG/ABOUT/TEAMSTER-HISTORY/)

(https://teamster.org)

Shop Teamsters
(https://teamsterwear.com/)

# TEAMSTERS NOTIFIED THAT YELLOW CORP. OPERATING COMPANIES HAVE CLOSED

2023.07.31



**Press Contact:** Daniel Moskowitz  Phone: (770) 262-4971 (tel:(770) 262-4971)  Email: dmoskowitz@teamster.org

(WASHINGTON) – The Teamsters Union was served legal notice today that Yellow Corp. is ceasing operations and filing for bankruptcy.

"Today's news is unfortunate but not surprising. Yellow has historically proven that it could not manage itself despite billions of dollars in worker concessions and hundreds of millions in bailout funding from the federal government. This is a sad day for workers and the American freight industry," said Teamsters General President Sean M. O'Brien.

The Teamsters are committed to ensuring members are protected and notified with all the latest information. The International is putting infrastructure in place to help affected members get the assistance they need to find good union jobs throughout freight and other industries.

The situation is developing. Additional details are forthcoming.

Founded in 1903, the International Brotherhood of Teamsters represents 1.2 million hardworking people in the U.S., Canada, and Puerto Rico. Visit Teamster.org for more information. Follow us on Twitter @Teamsters and "like" us on Facebook at Facebook.com/teamsters.


(https://www.facebook.com/... u=https%3A%... notified-that-yellow-corp-operating-companies-have-closed%2F)


(https://twitter... text=Teamsters notified-that-yellow-corp-operating-companies-have-closed%2F)


(mailto:?&subject=Teamsters Notified That Yellow Corp. Operating Companies Have



EXHIBIT Doc. 6

FIND YOUR LOCAL (/LOCALS/)

LIBRARY (/LIBRARY)

Teamster Magazine (/magazine)

Books (/books)

SHOP TEAMSTERS (HTTPS://TEAMSTERWEAR.COM/)

CONTACT (HTTPS://TEAMSTER.ORG/ABOUT/CONTACT-TEAMSTERS/)

FOR THE PRESS (HTTPS://TEAMSTER.ORG/CONTACT-THE-COMMUNICATIONS-DEPARTMENT/)

TEAMSTERS CANADA (HTTP://TEAMSTERSCANADA.ORG/)

FIND A UNION PRINTER (HTTPS://TEAMSTER.ORG/PRINTERS/)

APPROVED VENDORS LIST (HTTPS://TEAMSTER.ORG/ABOUT/VENDORS-LICENSED-USE-IBT-INSIGNIA/)

IDO REPORTS (HTTPS://TEAMSTER.ORG/IDOREPORTS/)

**International Brotherhood of Teamsters**
25 Louisiana Avenue, N.W.
Washington D.C., 20001

(https://...teamsters/)

(https://teamster.org)

PRIVACY POLICY (/PRIVACY-POLICY)



| U.S. | CAN. | LIVE CHAT IS NOT AVAILABLE | ? | LOGIN |

Info

**Attention Union Employees   Learn More » (https://yrc.com/unionemployees/)**

**Attention Non-Union Employees –   Learn More » (https://yrc.com/employee-page/)**

**Service Alert: If you are a customer and have questions about a shipment   Learn More » (https://yrc.com/customer-faq/)**

Ship
Track
Manage

HOME (HTTPS://YRC.COM) » NOTICE AND LEGAL DISCLAIMER

# Notice and Legal Disclaimer

## All rights reserved.

No portion of this service may be reproduced in any form, or by any means without prior, written permission from YRC Freight.

While most of the information provided herein is historical, some of the comments made are forward-looking statements. The company's actual performance may differ from that forecast as a result of variable factors, such as the state of the national economy, fuel costs, capacity and rate levels in the motor-freight industry and the success of the company's operating plans.

The information provided is "as is" with all faults and without warranty of any kind, expressed or implied, including those of merchantability and fitness for a particular purpose, or arising from a course of dealing, usage or trade practice. YRC Freight makes no warranties or representations regarding the accuracy or completeness of the information.

In no event shall YRC Freight be liable for any incidental or consequential damages, lost profits, or lost data or any indirect damages even if YRC Freight has been informed of the possibility thereof.

The information, text, graphics and links provided in the YRC Freight website are offered as a convenience to our customers and website visitors. YRC Freight does not warrant the accuracy or completeness of the information and text contained on this or any other server.

The YRC Freight website contains links to non-YRC Freight sites. These links are provided only as a convenience to our website visitors. YRC Freight is not responsible for the contents of any linked site or for any link contained in a linked site. Additionally, the inclusion of any link does not imply an endorsement by YRC Freight of that site.



EXHIBIT DOC. 7

## YRC Freight Mobile Message (SMS) Terms and Conditions

YRC Freight provides you with a mobile IVR system ("Mobile IVR") to enable you to schedule shipment pick-ups with YRC Freight. You get access to Mobile IVR through a link on your mobile phone that we send you via text message. By providing your mobile phone number through the IVR system and selecting to receive this link and access Mobile IVR, or by texting "PKUP" to the phone number 800-610-6500 (tel:800-610-6500), you give us permission to send you an SMS text message on your mobile phone containing the link and access to Mobile IVR and you subscribe to the YRC Freight Mobile Message (SMS) Terms and Conditions. You will then be subscribed to receive the one-time text message from YRC Freight enabling you to access and use Mobile IVR. You represent that you have the authority to agree to receive SMS text messages on the telephone number that you provided to us, or from which you sent the SMS request to us. Message frequency depends upon your activity. Standard message and data rates may apply. SMS messaging is not available in all areas. Not all mobile devices or handsets may be supported. YRC Freight and the mobile carriers are not liable for delayed or undelivered messages.

*To OPT OUT and cancel your subscription at any time, send **"STOP"** to 800-610-6500 (tel:800-610-6500). If you cancel your subscription, we will send you a SMS message to confirm we have processed your cancellation.

*For additional assistance, contact customer service or access online support with the links below.

You agree that: (1) Any claim, dispute, or controversy (whether in contract, tort, or otherwise) arising out of, relating to, or connected in any way with the YRC Freight text message program will be resolved exclusively by final and binding arbitration conducted pursuant to the American Arbitration Association ("AAA") Consumer Arbitration Rules (if and as applicable depending on the amount in controversy); (2) This arbitration agreement is made pursuant to a transaction governed by the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 1-16; (3) The arbitration will be held in your county of residence; (4) The arbitrator's decision will be controlled by the terms and conditions of this Agreement; (5) The arbitrator will apply Kansas law consistent with the FAA and applicable statutes of limitations and will honor claims of privilege recognized at law; (6) There will be no authority for any claims to be arbitrated on a class or representative basis; arbitration can decide only your individual claims and the arbitrator may not consolidate or join the claims of other persons or parties who may be similarly situated; (7) The arbitrator will not have the power to award punitive, consequential or exemplary damages against any party; (8) In the event that the administrative fees and deposits you are required to pay under the AAA rules exceed $125, and you are unable to pay the additional fees and deposits, YRC Freight retains the right to forward them to the AAA on the your behalf, subject to ultimate allocation by the arbitrator. In addition, if you are able to demonstrate that the costs of arbitration will be prohibitive as compared to the costs of litigation, YRC Freight retains the right to pay as much of your filing and hearing fees in connection with the arbitration as the arbitrator deems necessary to prevent the arbitration from being cost-prohibitive; and (9) If any part of this Arbitration Provision is deemed to be invalid or otherwise unenforceable or illegal, the balance of this Arbitration Provision will remain in full force and effect and

will be construed in accordance with its terms as if the invalid or illegal provision were not contained herein. The FAA applies to any disputes over arbitrability or the enforcement of this clause. **THESE TERMS PROVIDE THAT ALL DISPUTES BETWEEN YOU AND US WILL BE RESOLVED BY BINDING ARBITRATION. THUS, YOU GIVE UP YOUR RIGHT TO GO TO COURT TO ASSERT OR DEFEND YOUR RIGHTS. YOU ALSO GIVE UP YOUR RIGHT TO PARTICIPATE IN OR BRING CLASS ACTIONS. YOUR RIGHTS WILL BE DETERMINED BY A NEUTRAL ARBITRATOR AND NOT A JUDGE OR JURY.**

**Contact Us**
- By Department (https://yrc.com/about/contact-us/)
- Customer Service (https://yrc.com/about/customer-service-team/)

**Legal**
- Ethics (https://secure.ethicspoint.com/domain/media/en/gui/7580/index.html)
- Privacy Policy (https://yrc.com/privacy-policy/)
- Notice and Legal Disclaimer (https://yrc.com/notice-and-legal-disclaimer/)



©2023 Yellow Corporation  (https://www.myyellow.com)

(https://twitter.com/Yellow_Trucking) (https://www.linkedin.com/company/yellowcorporation) (https://www.facebook.com/YellowTrucking)

(https://wpvip.com/?utm_source=vip_powered_wpcom&utm_medium=web&utm_campaign=VIP%20Footer%20Credit&utm_term=yrc.com)